# THE STATE OF SOUTH CAROLINA
## In The Supreme Court

The State, Petitioner,

v.

Richard Lewis, Respondent.

Appellate Case No. 2013-001571

-----

## ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

-----

Appeal from Laurens County
The Honorable Frank R. Addy, Jr., Circuit Court Judge

-----

Opinion No. 27511
Heard March 4, 2015 – Filed March 25, 2015

-----

## CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED

-----

Attorney General Alan M. Wilson and Senior Assistant Deputy Attorney General Salley W. Elliott, both of Columbia, for Petitioner.

C. Rauch Wise, of Greenwood, for Respondent.

-----

**PER CURIAM:** We granted certiorari to review the court of appeals' decision in *State v. Lewis*, 403 S.C. 345, 743 S.E.2d 124 (Ct. App. 2013). We now dismiss the writ as improvidently granted.

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**